

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-15-00311-CR
_____

MICHAEL SHAUN EPLIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 70-320-D; Honorable Don R. Emerson, Presiding

September 21, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Michael Shaun Eplin, was convicted of evading arrest or detention with a vehicle. The trial court's certification of Appellant's right to appeal filed in the case reflects that Appellant's case is a plea-bargained case with no right of appeal and that Appellant waived the right of appeal. The certification notwithstanding, Appellant filed a notice of appeal challenging his conviction.

By letter dated August 19, 2015, this court notified Appellant of the consequences of the certification and invited him to file an amended certification showing a right to appeal or demonstrate other grounds for continuing the appeal, on or before August 31, 2015. Appellant has not filed an amended certification reflecting a right of appeal or a response establishing good cause for continuing this appeal. Consequently, we have no alternative but to dismiss the appeal based on the certification signed by the trial court. *See* TEX. R. APP. P. 25.2(d).

It is so ordered.

Per Curiam

Do not publish.